# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KELLI LEMOINE

NO. 2023 KW 0772

**NOVEMBER 6, 2023**

---

In Re:     State of Louisiana, applying for supervisory writs,
           21st Judicial District Court, Parish of Livingston,
           No. 21-FELN-043615.

---

**BEFORE:     THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **AHP**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT